JENNIFER J. LEE (SBN 203774)
Jennifer.Lee@huschblackwell.com
HUSCH BLACKWELL LLP
1999 Harrison St., Suite 1300
Oakland, CA 94612
*Telephone:* 510.768.0650
*Facsimile:* 510.768.0651

Attorneys for Defendant
KOHLER CO.

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNALAISE BAIRD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHLER CO., a Delaware Corporation,<br><br>Defendant. | CASE NO. 2:26-cv-03475-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME** |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Defendant Kohler Co. ("Kohler") and Plaintiff Annalaise Baird ("Plaintiff") that the date by which Kohler must file and serve an Answer, plead, or otherwise move in response to Plaintiff's Complaint is extended to and including November 20, 2026. In support, the parties state as follows:

1. On October 5, 2026, Plaintiff filed her Complaint (ECF 01).

2. The Complaint was served on October 9, 2026.

3. This Joint Stipulation is timely filed and uncontested.

4. Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure allows the Court, for good cause, to extend a specified due date "with or without motion or notice if the court acts, or if a

request is made, before the original time or its extension expires."

5. Good cause exists here. Plaintiff purports to bring class-wide claims under several distinct theories. Counsel for defense requires additional time to investigate Plaintiff's factual allegations, research the underlying claims and defenses, and adequately prepare a responsive pleading.

6. Granting an extension for Kohler to respond to Plaintiff's Complaint would conserve the parties' and judicial resources pending the outcome of the parties' investigation and discussions.

WHEREFORE, the parties respectfully request an extension of time until November 20, 2026 for Kohler to file its response to Plaintiff's Complaint.

Dated: October 26, 2026

LAW OFFICES OF ROBERT MACKEY

By: *\/s/ Robert Mackey*
Robert Mackey, Esq

Attorneys for Plaintiff and Proposed Class

Dated: October 26, 2026

HUSCH BLACKWELL LLP

By: */s/ Jennifer J. Lee*
Jennifer J. Lee

Attorneys for Defendant
KOHLER CO.

IT IS SO ORDERED.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE